

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*Iván A. Méndez, Jr.*
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2450
E-mail: imendez@law.nyc.gov

February 27, 2023

Via ECF:
Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re: <u>Garvey et. al. v. City of New York et. al.</u>
        23-cv-00517-KAM-VMS

Dear Judge Matsumoto:

  I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced matter. I write, with the consent of counsel for Plaintiffs, to respectfully request that the pre-motion conference currently scheduled March 1, 2023 at 2:30 p.m., be adjourned by 30 days, to April 1, 2023. Defendants request this adjournment because the parties have reached a resolution of this matter in principle, and the additional time will allow them an opportunity to resolve this matter.

  We thank the Court for its consideration of this request.

                Respectfully submitted,
                /s
                Iván A. Méndez, Jr.
                Assistant Corporation Counsel