

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Iván A. Méndez, Jr.**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Telephone: (212) 356-2450<br>E-mail: imendez@law.nyc.gov |

March 21, 2023

**By ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>Garvey, et al. v. Adams, et al.</u>,
          23 Civ. 517 (KAM)(VMS)

Dear Judge Matsumoto:

   I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the Defendants in the above-referenced action. I write to respectfully advise the Court that despite the parties' best efforts, this matter cannot be settled at this time. Accordingly, Defendants intend to move forward with the pre-motion conference scheduled for April 6, 2023, in anticipation of moving to dismiss the Complaint.

   We thank the Court for its consideration of this submission.

                    Respectfully submitted,
                    /s/
                    Iván A. Méndez, Jr.
                    Assistant Corporation Counsel

cc: Chad J. LaVeglia,
   Attorney for Plaintiffs
   (Via ECF)