UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
GEORGE GARVEY, ADAM BIANCO,
ANTHONY FIGUEROA, CURTIS CUTLER
DALE NICHOLLS, DANIEL HULKOWER,
FRANK CALAMANCO, JAMES GERMANO
KOLA SMITH, MANDEL BAILEY,
MITCHUM GREENE,
PATRICIA BUCCELLATO,
RALPH MARTINEZ, RUSSELL PIAZZA
SEAN ABELL, THOMAS LIBRETTI,

                              Plaintiffs,

                 -against-

ERIC ADAMS, CITY OF NEW YORK,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Case No. 23 Civ. 517 (KAM)(VMS)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant Eric Adams and City of New York. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:    New York, New York
            March 22, 2023

            **HON. SYLVIA O. HINDS-RADIX**
            *Corporation Counsel of the City of New York*
            Attorney for Defendants
            100 Church Street, 2-125
            New York, New York 10007
            (212) 356-2549
            daholmes@law.nyc.gov

            By: /s/ *David Holmes*
            David V. Holmes
            Assistant Corporation Counsel

To:    All Counsel (via ECF)