UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GEORGE GARVEY, ADAM BIANCO, ANTHONY FIGUEROA, CURTIS CUTLER DALE NICHOLLS, DANIEL HULKOWER, FRANK CALAMANCO, JAMES GERMANO KOLA SMITH, MANDEL BAILEY, MITCHUM GREENE, PATRICIA BUCCELLATO, RALPH MARTINEZ, RUSSELL PIAZZA SEAN ABELL, THOMAS LIBRETTI

        Plaintiffs

-against-

ERIC ADAMS, CITY OF NEW YORK,

        Defendants

Case No. 1:23-cv-0517

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, that the above captioned matter is dismissed without prejudice and without costs, expenses, or fees of any kind to any party.

Dated:    April 17, 2023
             New York, New York

**LAW OFFICE OF CHAD J. LAVEGLIA PLLC**

*[signature]*

_____
By: Chad J. LaVeglia Esq.,
Attorneys for Plaintiffs
350 Motor Parkway, Suite 308
Hauppauge, NY 11788
claveglia@cjllaw.org
(631) 450-2468

**HON. SYLVIA O. HINDS-RADIX**

 s/ Ivàn A. Mèndez, Jr.
By: Ivàn A. Mèndez, Jr. Esq.,
Corporation Counsel of the
City of New York
Attorneys for Defendants
100 Church Street, Room 2-185
New York, New York 10007
imendez@law.nyc.gov
(212) 356-2450