James Edward Germano
P.O. Box 87
West Islip, New York 11795-9998
718-570-5207
Email: JamesTheJust@gmx.com

Hon. Judge Kiyo A. Matsumoto
United States District Court
For the Eastern District of New York
225 Cadman Plaza Brooklyn, New York 11201

April 13, 2023

Re: Garvey et al., v Eric Adams et al., Docket No. 1:23-cv-00517 (KAM-VMS)

I am writing to request that my case be dismissed <u>without</u> prejudice so that I may preserve all my rights to relief. I understand that my lawyer agreed to a motion to dismiss with prejudice, however; after further consideration, I believe that dismissing the case without prejudice is a more appropriate course of action. I would like to preserve my right to refile this case should the need arise in the future. I believe this is the best approach to protect my rights and interests.

Thank you for your attention to this request.

Respectfully,

*[signature]*

James Edward Germano

CC:
Chad Jackson LaVeglia
Law Office of Chad J. LaVeglia PLLC
350 Motor Parkway
Suite #308
Hauppauge, NY 11788
631-450-2468
Email: claveglia@cjllaw.org

David Victor Holmes
New York City Law Department
Labor and Employment
100 Church Street
New York, NY 10007
332-323-0813
Email: daholmes@law.nyc.gov

---

State of: **NEW YORK**
County of: **NASSAU**

The foregoing instrument was acknowledged before me **13th** day of **April**, **2023**
**JIJO P ALEX**
Your Name Here, Notary Public
My Commission Expires **11/01/2025**

*[signature]*

Jijo P Alex
Notary Public, State of New York
Reg. No. 01AL6424548
Qualified in Nassau County
Commission Expires 11/01/2025

James Edward Germano
P.O. Box 87
West Islip, New York 11795-9998

Hon. Judge Kiyo A. Matsumoto
United States District Court
225 Cadman Plaza
Brooklyn, New York 11201

Docket & File